IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| ANGELA M. DUNBAR,           )<br>                             )<br>        Plaintiff,           )<br>                             )<br>vs.                          )<br>                             )<br>JOHN J. LAND IV, DPM, d/b/a  )<br>ACTIVE FOOT CARE,            )<br>                             )<br>        Defendant.           )<br>                             ) | CIVIL ACTION FILE<br>NO. 4:10-cv-00226-HLM |

## ORDER ON PLAINTIFF'S MOTION FOR RELIEF FROM COMPLIANCE WITH SCHEDULED DEADLINES

Plaintiff having announced to the Court that the above and foregoing case is pending formalization of agreement to settle and motion to dismiss, it is ORDERED, DECREED and ADJUDGED that the parties be relieved from compliance with the Court's Scheduling Order, and that the parties file appropriate documents with this Court on or before September 6, 2011.

SO ORDERED, this ___ day of August, 2011.

_____
HAROLD L. MURPHY, JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION