IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | | |
|---|---|---|
| ANGELA M. DUNBAR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | CIVIL ACTION FILE |
| | ) | NO. 4:10-cv-00226-HLM |
| JOHN J. LAND IV, DPM, d/b/a | ) | |
| ACTIVE FOOT CARE, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Angela Dunbar, Plaintiff herein, and submits her Stipulation of Dismissal With Prejudice of the above-styled case, signed by the parties who have appeared in this case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

/s/ Warren N. Coppedge, Jr.                           /s/ Laura D. Eschleman (with express permission)

**Warren N. Coppedge, Jr., Esq.**                **Robert L. Goldstucker, Esq.**
Georgia Bar No. 187300                              Georgia Bar No. 300475
**Stephen Michmerhuizen**                          **Laura D. Eschleman, Esq.**
Georgia Bar No. 107109                              Georgia Bar No. 142295
Coppedge & Evans, P.C.                              Nall & Miller, LLP
508 South Thornton Avenue                           Peachtree Center, North Tower
Dalton, Georgia 30720                               235 Peachtree Street NE, Suite 1500

1

| | |
|---|---|
| Telephone: (404) 522-2200 | Atlanta, Georgia 30303 |
| Facsimile: (404) 522-2208 | Telephone: 404-522-2200 |
| warren@coppedgeevans.com | Facsimile:  404-522-2208 |
| steve@coppedgeevans.com | rgoldstucker@nallmiller.com |
| ***Counsel for Plaintiff*** | leschleman@nallmiller.com |
| | ***Counsel for Defendant*** |